**Sandra DiROCCO**

v.

**Vincent DiROCCO.**

**No. 79–193–A.**

Supreme Court of Rhode Island.

Feb. 14, 1980.

Robert J. Bevilacqua, Providence, for petitioner.

Vincent DiRocco, Coventry, pro se.

## ORDER

The respondent's motion to compel the filing of a brief and the petitioner's motion to affirm and motion for extension are assigned to the motion calendar for Friday, March 6, 1980 at 9:30 a. m. for oral argument.

BEVILACQUA, C. J., and DORIS, J., did not participate.